# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FT. MYERS DIVISION

| | | |
|---|---|---|
| PATRICK COLLINS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 2:12-cv-00521-JES-SPC |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOES 1-43, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's Order on Interested Persons Order and Corporate Disclosure Statement [D.E. #4]:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

   a) Patrick Collins, Inc.;

   b) Unknown John Does 1-43;

   c) Lipscomb, Eisenberg & Baker, PL;

   d) M. Keith Lipscomb, Esq.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceeding: **None.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee (or if not creditors' committee the 20 largest unsecured creditors):

**N/A**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**Plaintiff, PATRICK COLLINS, INC.**

I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

Dated: October 4, 2012

Respectfully submitted,

By: /s/ *M. Keith Lipscomb*
M. Keith Lipscomb (429554)
klipscomb@lebfirm.com
LIPSCOMB EISENBERG & BAKER, PL
2 South Biscayne Blvd., Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile:  (786) 431-2229
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *M. Keith Lipscomb*

## SERVICE LIST

U.S. District Court
Middle District of Florida
Civil Case No. 2:12-cv-00521-JES-SPC

1.  Plaintiff does not yet have Defendant's names or addresses.