UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PATRICK COLLINS, INC.,

    Plaintiff,

vs.                    Case No. 2:12-cv-521-FtM-29SPC

JOHN DOES 1-43,

    Defendants.
_____

### ORDER

This matter comes before the Court plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe 15 Only (Doc. #9), filed November 26, 2012. Plaintiff seeks to dismiss all claims against defendant John Doe 15 only. No answer or motion for summary judgment has been filed by this defendant.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

Defendant John Doe 15 is deemed **dismissed** with prejudice. The Clerk shall terminate all deadlines as to defendant John Doe 15 only and correct the docket to reflect the dismissal.

**DONE AND ORDERED** at Fort Myers, Florida, this __26th__ day of November, 2012.

                                          JOHN E. STEELE
                                          United States District Judge

Copies: Counsel of record