IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FT. MEYERS DIVISION

PATRICK COLLINS, INC.,

    Plaintiff,                             Civil Action No. 2:12-cv-00521-JES-SPC

v.

JOHN DOES 1-43,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT AND
VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE 4 ONLY**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 4 ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe 4 was assigned the IP Address 50.88.150.235. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe 4 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: December 13, 2012                Respectfully submitted,

                                                      By:    /s/ *M. Keith Lipscomb*
                                                      M. Keith Lipscomb (429554)
                                                      klipscomb@lebfirm.com
                                                      Lipscomb, Eisenberg & Baker, PL
                                                      2 South Biscayne Boulevard
                                                      Penthouse 3800
                                                      Miami, FL  33131
                                                      Telephone: (786) 431-2228
                                                      Facsimile: (786) 432-2229
                                                      *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 13, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                By:  /s/ *M. Keith Lipscomb*
                                                    M. Keith Lipscomb