UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PATRICK COLLINS, INC.,

        Plaintiff,

vs.   Case No.  2:12-cv-521-FtM-29SPC

JOHN DOES 1-14, 16-43,

        Defendants.
_____

**ORDER**

This matter comes before the Court plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe 4 Only (Doc. #11), filed December 13, 2012.  Plaintiffs seek to dismiss all claims against defendant John Doe 4 only.  No answer or motion for summary judgment has been filed by this defendant.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

Defendant John Doe 4 is deemed **dismissed** with prejudice.  The Clerk shall terminate all deadlines as to defendant John Doe 4 only and correct the docket to reflect the dismissal.

**DONE AND ORDERED** at Fort Myers, Florida, this ___17th___ day of December, 2012.

                                                _____
                                                JOHN E. STEELE
                                                United States District Judge

Copies: Parties of record