**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

PATRICK COLLINS, INC.,

    Plaintiff,                                Civil Action No. 2:12-cv-00521-JES-SPC

v.

JOHN DOES 1-43,

    Defendants.
_____/

**NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE 10 AND JOHN DOE 38 ONLY**

    **PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 10 and John Doe 38 ("Defendants"). Pursuant to the terms of the settlement agreements, Plaintiff hereby voluntarily dismisses Defendants from this action with prejudice. John Doe 10 was assigned the IP Address 66.177.111.168 and John Doe 38 was assigned the IP Address 97.96.226.227. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

    Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendants John Doe 10 and John Doe 38 have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

    Dated: January 4, 2013

                                                    Respectfully submitted,

                                                    By:   /s/ *M. Keith Lipscomb*
                                                    M. Keith Lipscomb (429554)
                                                    klipscomb@lebfirm.com
                                                    Lipscomb, Eisenberg & Baker, PL
                                                    2 South Biscayne Boulevard
                                                    Penthouse 3800
                                                    Miami, FL  33131
                                                    Telephone: (786) 431-2228
                                                    Facsimile: (786) 432-2229
                                                    *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 4, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                   By:  /s/ *M. Keith Lipscomb*
                     M. Keith Lipscomb