UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PATRICK COLLINS, INC.,

                Plaintiff,

vs.                                    Case No.  2:12-cv-521-FtM-29SPC

JOHN DOES 1-3, 5-14, 16-43,

                Defendants.

_____

## ORDER

This matter comes before the Court plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe 10 and John Doe 38 Only (Doc. #13), filed January 4, 2013.  Plaintiff seeks to dismiss all claims against defendants John Doe 10 and John Doe 38 only.  No answers or motions for summary judgment have been filed by either defendant.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

Defendants John Doe 10 and John Doe 38 are **dismissed** with prejudice.  The Clerk shall terminate all deadlines as to these defendant and correct the docket to reflect the dismissal.

**DONE AND ORDERED** at Fort Myers, Florida, this __7th__ day of January, 2013.

JOHN E. STEELE
United States District Judge

Copies: Parties of record