**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

| | |
|---|---|
| PATRICK COLLINS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN DOES 1-43, )<br>)<br>Defendants. )<br>_____) | Civil Case No: 2:12-cv-00521-JES-SPC |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND**
**VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE 19 ONLY**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 19 ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe 19 was assigned the IP Address 76.106.176.141. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe 19 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: January 18, 2013

Respectfully submitted,

By: ___/s/ *M. Keith Lipscomb*___
M. Keith Lipscomb (429554)
klipscomb@lebfirm.com
Lipscomb, Eisenberg & Baker, PL
2 South Biscayne Boulevard
Penthouse 3800
Miami, FL  33131
Telephone:  (786) 431-2228
Facsimile:  (786) 432-2229
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 18, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                By:  /s/ *M. Keith Lipscomb*
                M. Keith Lipscomb