**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

PATRICK COLLINS, INC.,

    Plaintiff,                                    Civil Action No. 2:12-cv-00521-JES-SPC

v.

JOHN DOES 1-43,

    Defendants.

_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT AND
VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE 23 ONLY**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 23 ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe 23 was assigned the IP Address 98.238.10.145. For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe 23 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: April 4, 2013

                                                                          Respectfully submitted,

                                                                          By:    /s/ *M. Keith Lipscomb*
                                                                          M. Keith Lipscomb (429554)
                                                                          klipscomb@lebfirm.com
                                                                          Lipscomb, Eisenberg & Baker, PL
                                                                          2 South Biscayne Boulevard, PH 3800
                                                                          Miami, FL  33131
                                                                          Telephone:  (786) 431-2228
                                                                          Facsimile:  (786) 432-2229
                                                                          *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 4, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                            By: _/s/ *M. Keith Lipscomb*
                                                  M. Keith Lipscomb