UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PATRICK COLLINS, INC.,

    Plaintiff,

vs.                                    Case No. 2:12-cv-521-FtM-29SPC

JOHN DOES 1-3, 5-9, 11-14, 16-18,
20-37, 39-43,

    Defendants.
_____

**ORDER**

This matter comes before the Court plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe 23 Only (Doc. #21), filed April 4, 2013. Plaintiffs seek to dismiss all claims against defendant John Doe 23 only. No answer or motion for summary judgment has been filed by this defendant.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

Defendant John Doe 23 is **dismissed** without prejudice. The Clerk shall terminate all deadlines as to this defendant and correct the docket to reflect the dismissal.

**DONE AND ORDERED** at Fort Myers, Florida, this __5th__ day of April, 2013.

                                      JOHN E. STEELE
                                      United States District Judge

Copies: Parties of record