```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

PATRICK COLLINS, INC.,

                Plaintiff,

vs.                                   Case No.  2:12-cv-521-FtM-29SPC

JOHN DOES 1-3, 5-9, 11-14, 16-18,
20-22, 24-34, 36, 37, 39-43,

                Defendants.
_____

**ORDER**

This cause is before the Court on plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc. #25) as to all remaining defendants filed on April 25, 2013.  No answer or motion for summary judgment has been filed by any of these defendants.  The Court will take no further action on the Order (Doc. #24) to show cause.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

Pursuant to Fed. R. Civ. P. 41(a)(1), this action is **DISMISSED** without prejudice as to all remaining defendants.  The Clerk shall enter judgment dismissing John Does 15, 4, 10, 38, 19, 23, and 35 with prejudice[1], and dismissing all remaining unspecified John Does without prejudice.  The Clerk is further directed to terminate all

---

[1] By directing the entry of judgment with prejudice as to these defendants, the Court hereby amends *nunc pro tunc* the Order (Doc. #22) dismissing defendant John Doe 23 without prejudice to be with prejudice.

previously scheduled deadlines and pending motions, and to close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __25th__ day of April, 2013.

_____
JOHN E. STEELE
United States District Judge

Copies to:

Parties of record